## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KUNAL MEHTA<br><br>　　*Defendant.* | Criminal Action No. 1:24-c4-00417-CKK |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE THAT Addy R. Schmitt, of the law firm Kropf Moseley Schmitt PLLC, 1100 H Street NW, Suite 1220, Washington DC 20005, an attorney duly admitted in this Court, hereby appears on behalf of Defendant Kunal Mehta.

Dated: May 20, 2025          Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Addy R. Schmitt
　　　　　　　　　　　　　　　　Addy R. Schmitt (DC Bar No. 489094)
　　　　　　　　　　　　　　　　Kropf Moseley Schmitt PLLC
　　　　　　　　　　　　　　　　1100 H Street, NW
　　　　　　　　　　　　　　　　Suite 1220
　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　(202) 627-6900
　　　　　　　　　　　　　　　　addy@kmlawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this <sup>th</sup>20 day of May 2025, the foregoing notice was served by electronic filing on all counsel of record through the Court's ECF system.

/s/ Addy R. Schmitt
Addy R. Schmitt