AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**KUNAL MEHTA**<br><br>*Defendant* | ) Case: 1:24-cr-000417<br>) Assigned To: Kollar-Kotelly, Colleen<br>) Assign Date: 4/30/2025<br>) Description: SUPERSEDING INDICTMENT (B)<br>) Related Case No: 24-cr-417 (CKK)<br>8:25-MJ-00388-DUTY |

FILED — CLERK, U.S. DISTRICT COURT — MAY 13 2025 — CENTRAL DISTRICT OF CALIFORNIA — BY DVE DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **KUNAL MEHTA**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1962(d) (RICO Conspiracy)

18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments)

Date: 04/30/2025

*Issuing officer's signature*

MAGISTRATE JUDGE MOXILA A. UPADHYAYA
*Printed name and title*

City and state: Washington, D.C.

### Return

This warrant was received on *(date)* 4-30-2025, and the person was arrested on *(date)* 5-13-2025
at *(city and state)* Irvine, CA.

Date: 5-13-2025

*Arresting officer's signature*

Bradley T Pesek - Special Agent
*Printed name and title*