



June 10, 2025

# Where it All Started: Behind the curtains of THE KDKM

BY THE TRIBUNE EDITORIAL TEAM ON FEBRUARY 12, 2021



Let us start from the beginning as we learn how THE KDKM came to be.

About Neil Mehta:

Neil has lived quite the adventurous life in the past 37 years. Born in India and raised with an older brother and younger sister, Neil always strived for an exceptional way of living. This detail has pushed him to seek greatness in every aspect of his existence, including all endeavors such as THE KDKM.

Neil spent the first 15 years of his life in India before getting the opportunity to pack up and move to the Capital of England. London will forever hold a special place in his heart. From the age of 15 until the age of 20, Neil spent some of the most transformative years soaking up everything London had to offer. When asked about what he learned in terms of fashion from the beautiful city he said, "I learned about style, color and how to piece things together properly. I learned what was appropriate for certain occasions and how to add sophistication and fashion into any wardrobe."

His website thekdkm.com and Instagram @thekdkm begs the question; what is your favorite article of clothing and why? "Suits." He said, "because a well-tailored suit defines a man."

Speaking with Neil Mehta is nothing short of an experience. Listening to his passion for what he does, partnered with his unique and elite sense of style, sends energy of excitement throughout the room. So how do you go from India to London to the United States?

When asked what Neil's favorite article of clothing was he answered, "Suits; because a well-tailored suit defines a man." -Neil Mehta

"I Saw the Need in the United States for an Elite Fashion Line and Decided to Start There."

-Neil Mehta

His taste in fashion has changed and matured over the past 15 years. London was a turning point in his life and would be the North Star to where his journey will go.

His passion for fashion, well-tailored suits and trendy styles goes beyond his professional life and into his everyday routine. His high-quality taste permeates throughout his house from the scent he chooses to wear to the shoes that go on his feet.

Neil came from London and arrived in the United States at the age of 20. It did not take long after his arrival to notice a need for fashion. A need for something new and different. That something

"different" would soon become THE KDKM.

After spending a couple of years in the United States Neil began to focus on his health and fitness goals. He lived 30 years of his life prioritizing other commodities before deciding to make one the most drastic (and important) life changes.

After losing weight and gaining muscle (not to mention confidence) Neil was in the perfect headspace to create THE KDKM. His taste in style transformed alongside his physical body transformation. His desire for a well-fitted suit flourished during this time. He went from ill-fitting monotone clothing to sharp and sophisticated elite mastermind. You would be surprised what the proper wardrobe will do for a man.

One of Neil's many goals is to help style others. After moving to the United States Neil had to learn from the ground up and had nothing other than inspiration. He wants to be the guiding hand that he never had as a young man coming up in the world.

Fact #1 About THE KDKM

Neil's heart and passion goes far beyond fashion. He also has a devotion for animals. A kind of love that is unmeasurable. With that being said, portions of the proceeds will go to rescuing animals and giving them a safe place to call home.

Fact #2 About THE KDKM

Neil Mehta completed his master's in business while exploring London prior to traveling to the United States. Brains and a business mind, he is a true force to be reckoned with.

Fact #3 About THE KDKM

THE KDKM will have style options for men and women. From casual to formal, and everyday wear to proper elite, THE KDKM will introduce a new wave of style to your closet.

Style Inspirations from Neil Mehta:

What fashion helped shape your style?

In the perfectly sculpted words of Rachel Zoe, "Style is a way to say who you are without having to speak."

No matter where Neil goes, you will notice him. His style is refined and exotic. For a man with such taste, spectators need to know where his inspiration comes from. Some of Neil Mehta's favorite designers include Balenciaga, Gucci, Balmain, and Louis Vuitton.

Outside of clothing, Neil has an eye for accessories. It is not just the tailored suit paired with a Gucci belt and Tom Ford designer shoe. It is the cologne, it is the necklace, and let us not forget the most crucial accessory known to man, the watch. The significance a watch has throughout history and in today's time is unparalleled.

The watch has remained an important accessory since 1810 with a more prominent emergence towards the 20th century. The meaning and significance a watch possesses has developed over time. In 2021 there is hardly a moment that goes by where you do not know the time. The smart phone generation has changed this simple fact drastically, however, the significance of a wristwatch has remained a key detail in learning about a man.

A watch can say many things about a person, and Neil Mehta will not be seen with a naked wrist. From simplicity to intricate design, Neil has a watch for any occasion. This "everyman timepiece" on his wrist is far from what most men wear. His accessories are not something you see every day, which is why his style is so far above average.

Style is unique to who you are. THE KDKM wants to help men and women alike show themselves the best side of who they are to the world. Isn't it a special feeling to find the article of clothing that screams, "This is me!"

Please follow and like us:

    

Published in *News*

---



*The Tribune Editorial Team*

---

More from **News**                                                                                     More posts in News »

The Way Forward: How the WayMaker                        After 14 Years of Feeding the Hungry,
Men's Summit Centered Healing,                           Beloved Persian Café Forced to Shut Its